**[J-33-2021]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 1 WAP 2021 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Superior Court entered June 8, |
| | : | 2020 at No. 1086 WDA 2018, |
| v. | : | affirming the Order of the Court of |
| | : | Common Pleas of Allegheny County |
| | : | entered June 28, 2018 at No. CP- |
| ROBERT PAUL BROZENICK, | : | 02-CR-0002351-2017. |
| | : | |
| Appellant | : | ARGUED:  May 18, 2021 |

## ORDER

**PER CURIAM**

AND NOW, this 22nd day of September, 2021, the appeal is dismissed as having been improvidently granted.